HMK/jb FS-7851

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAN FERROSTAAL, INC.,

                Plaintiff,                          07 CV 3558 (LAK)
                                                            ECF CASE

    -against-

M/V FANY, her engines, boilers,                 **RULE 7.1 STATEMENT**
tackle, etc., CHANG SUNG SPECIAL
SHIPPING CO. LTD., KDB CAPITAL CO.,
LTD., CARGO-LEVANT
SCHIFFAHRTSGESELLSCHAFT MBH,
COMBINED ATLANTIC CARRIERS (COMBAC),
BYZANTINE MARITIME CORP., WINSTAR
SHIPPING LTD.,

                Defendants.
-----------------------------------------------------------X

       PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: May 3, 2007

                                            KINGSLEY, KINGSLEY & CALKINS
                                            Attorneys for Plaintiff

                                            BY:____/S/_____
                                              HAROLD M. KINGSLEY
                                              91 W. Cherry Street
                                              Hicksville, New York 11801
                                              (516) 931-0064    HK8660