UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>-V-<br><br>M/V FANY, et. al.<br><br>　　　　　　　　Defendants.. | **CERTIFICATE OF MAILING**<br><br><br><br><br><br>07 cv 3558(LAK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**16th Day of May, 2007**

I served the

SUMMONS
and
COMPLAINT

filed and issued herein on the
3rd Day of May, 2007

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#_____　# RB 596 310 393　#_____

(Chinatown Station) that was issued at my request as aforementioned,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
### ATTORNEYS AT LAW
#### Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

May 7, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: MAN FERROSTAAL, INC. V
           M/V FANY, <u>et. al.</u>
           07 CV 3558 (LAK)
           Our Ref: FS 7851



nd Complaint on the following
deral Rules of Civil Procedure Rule

:ruly yours,

Encl.