# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/07

June 15, 2007

Hon. Lewis A. Kaplan
United States District Judge
U. S. Courthouse
500 Pearl Street, RM 1310
New York, NY 10007

RE: Man Ferrostaal, Inc. v. M/V FANY, et al.
07 CV 3558 (LAK)
Our Ref: FS 7851A,B

Hon. Sir:

We represent the plaintiff in the above-captioned matter. An initial case-management conference is scheduled for Monday, June 18, 2007, at 3 P.M. and we write to inform the Court that we have been discussing settlement with the defendants' representative and as we feel the case is close to settling, we will not require judicial intervention at this time.

We respectfully request the Court enter a 30-day conditional dismissal which will allow the parties to agree on a settlement figure and for defendants to pay the settlement.

Thank you.

Respectfully,

[signature]

KTM/

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, 7/15/07, if the settlement is not consummated by then.

SO ORDERED:

[signature]
Lewis A. Kaplan
U.S.D.J.
6/15/07